UNITED STATES of America,
Plaintiff–Appellee,

v.

Julio Cesar PEREZ, a/k/a Jose Luis
Villarreal, Defendant–
Appellant.

No. 01–6309.

United States Court of Appeals,
Fourth Circuit.

Submitted April 10, 2001.

Decided April 23, 2001.

Julio Cesar Perez, pro se. Kelly Elizabeth Shackelford, Office of the United States Attorney, Columbia, SC, for appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Julio Cesar Perez appeals the district court's order denying his motion to modify a term of imprisonment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Perez*, No. CR–96–305 (D.S.C. Feb. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*